# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 22, 2018

### NO. 03-17-00541-CV

**Passion Love Black, Appellant**

**v.**

**Franklin D. Murray, Appellee**

**APPEAL FROM THE COUNTY COURT AT LAW NO. 4 OF WILLIAMSON COUNTY**
**BEFORE JUSTICES PURYEAR, PEMBERTON, AND BOURLAND**
**DISMISSED FOR WANT OF JURISDICTION—OPINION BY JUSTICE PEMBERTON**

This is an appeal from the order signed by the trial court on August 11, 2017. Having reviewed the record, it appears that the Court lacks jurisdiction over the appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.